BROADUS v. STATE. (1 Div. 477.) (Court of Appeals of Alabama. Nov. 21, 1922.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge.

MERRITT, J. The defendant was convicted of a violation of the prohibition law, and he appeals. There is no bill of exceptions in the record, and the time for filing one has expired. We find no error in the record, and the judgment appealed from is affirmed. Affirmed.

**(94 South. 923)**

BROADUS v. STATE. (1 Div. 479.) (Court of Appeals of Alabama. Nov. 28, 1922.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge.

BRICKEN, P. J. The appeal is upon the record proper, without bill of exceptions, and the time for presenting a bill of exceptions has expired. We have carefully examined the record for error apparent thereon. Finding none, an order is here and now made, affirming the judgment appealed from. Affirmed.

**(98 South. 922)**

Roe BROADUS v. STATE. (1 Div. 517.) (Court of Appeals of Alabama. Nov. 20, 1923.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

BRICKEN, P. J. Affirmed.

**(98 South. 922)**

Toulmin BROADUS v. STATE. (1 Div. 525.) (Court of Appeals of Alabama. Nov. 20, 1923.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

FOSTER, J. Affirmed.

**(99 South. 925)**

B. B. BROADUS v. STATE. (1 Div. 583.) (Court of Appeals of Alabama. April 15, 1924.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Violating prohibition law.

FOSTER, J. Appeal dismissed on motion of appellant.

**(95 South. 923)**

BROGAN v. COLEMAN. (8 Div. 893.) (Court of Appeals of Alabama. Feb. 1, 1923.) Appeal from Circuit Court, Colbert County; Charles P. Almon, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

**(95 South. 923)**

BROOKS v. STATE. (7 Div. 856.) (Court of Appeals of Alabama. Feb. 6, 1923.) Appeal from Circuit Court, De Kalb County; W. W. Haralson, Judge. J. V. Curtis and C. A. Wolfes, both of Ft. Payne, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Affirmed.

**(94 South. 924)**

BROWN v. STATE. (1 Div. 497.) (Court of Appeals of Alabama. Dec. 19, 1922.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge. Geo. B. Cleveland, Jr., of Mobile, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. There being no bill of exceptions, and no error being apparent in the record, the judgment is affirmed. Affirmed.

MERRITT, J., not sitting.

**(95 South. 923)**

BROWN v. STATE. (6 Div. 74.) (Court of Appeals of Alabama. Jan. 9, 1923.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge.

SAMFORD, J. Affirmed.

**(96 South. 940)**

BROWN v. STATE. (8 Div. 29.) (Court of Appeals of Alabama. June 5, 1923.) Appeal from County Court, Morgan County; W. T. Lowe, Judge.

BRICKEN, P. J. Appeal dismissed.

**(98 South. 922)**

Bennie BROWN v. STATE. (3 Div. 461.) (Court of Appeals of Alabama. Jan. 15, 1924.) Appeal from Circuit Court, Lowndes County; Arthur E. Gamble, Judge.

SAMFORD, J. Appeal dismissed.

**(95 South. 923)**

BRUNER v. STATE. (6 Div. 209.) (Court of Appeals of Alabama. Jan. 16, 1923.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge. B. F. Ray, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed by appellant.

**(98 South. 922)**

Beulah BULLARD v. STATE. (7 Div. 7.) (Court of Appeals of Alabama. Jan. 22, 1924.) Appeal from Circuit Court, Etowah County; O. A. Steele, Judge.

FOSTER, J. Affirmed.